

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00816-CV

Daniel A. **BASS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-19911
The Honorable Mollee Bennett Westfall, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is VACATED without consideration of the merits, and the cause is REMANDED to the trial court for rendition of judgment in accordance with the parties' agreed judgment. Costs of appeal are taxed against the party incurring same.

SIGNED March 26, 2014.

_____
Rebeca C. Martinez, Justice